EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8973
    Fax: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

JS-6

Attorneys for Defendant Carolyn W. Colvin,
    Acting Commissioner of Social Security

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANDREA MCLEAN, | No. 8:15-cv-02097-KS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: May 19, 2016

_/s/ Karen L. Stevenson_
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-