UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA MCLEAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>    Defendant.<br>_____ | ) NO. SA CV 15-02097-KS<br>)<br>)<br>) ORDER AWARDING EQUAL ACCESS TO<br>) JUSTICE ACT ATTORNEY FEES AND<br>) EXPENSES PURSUANT TO 28 U.S.C. §<br>) 2412(d), AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>) |

Based upon the Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), which was filed on August 10, 2016, IT IS ORDERED that fees in the amount of $4,250.00 as authorized by 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, shall be awarded, subject to terms of the Stipulation.

DATED: August 11, 2016

                                                  _____
                                                  KAREN L. STEVENSON
                                                  UNITED STATES MAGISTRATE JUDGE